IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

TOTAL CAR FRANCHISING CORP.   * 
d/b/a COLORS ON PARADE,
                                                      *

Plaintiff,

vs.                                                Civil Action No. AMD-00-2533
                                                      *

BRIAN OLER, *et al.*
                                                      *

Defendants.
\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE OF DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANTS MICHAEL KEARNY, ROBERT BARSEY, SR. AND JAMES BARSY

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice its actions against Defendants Michael Kearny, Robert Barsey, Sr. and James Barsy, with the actions against the remaining Defendants remaining in effect.

*/s/ William F. Ryan, Jr.*
William F. Ryan, Jr. (Federal Bar No. 00360)
Ilana Subar (Federal Bar No. 25181)
WHITEFORD, TAYLOR & PRESTON, L.L.P.
Seven St. Paul Street
Baltimore, MD   21202
(410) 347-8700

*/s/ Mark G. Evans, WFR*
Mark G. Evans
EVANS & LUEDER, P.C.
Ga. Bar No.: 252475
1200 Ashwood Parkway; Suite 590
Atlanta, Georgia 30338

*Attorneys for Plaintiff, Total Car Franchising Corp.*
*d/b/a Colors on Parade*

APPROVED
[signature]
9/12/2000

## NOTICE OF SERVICE

I HEREBY CERTIFY that on this 11th day of September, 2000, a copy of the foregoing Notice of Dismissal was served as follows:

VIA FACSIMILE and REGULAR FIRST CLASS MAIL:

    Glenn C. Etelson, Esquire
    Shulman, Rogers, Gandal, Pordy
    & Ecker, P.A.
    11921 Rockville Pike; Suite 300
    Rockville, MD  20852-2743

VIA REGULAR FIRST CLASS MAIL:
    Mr. David Yates
    2450 Bulls Sawmill Road
    Freeland, MD  21053
    and
    Michael Kearney
    2718 Virginia Avenue
    Baltimore, MD  21215

                                        _____
                                        William F. Ryan, Jr.

1301375